UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6737 JGB (MRW) | Date | November 7, 2022 |
|---|---|---|---|
| Title | Garcia v. Mongomery | | |

Present: The Honorable   Michael R. Wilner

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE

1. After screening Petitioner's habeas corpus petition, the Court (Magistrate Judge Wilner) ordered Petitioner to submit a supplemental statement addressing several obvious defects with the habeas action. (Docket # 4.) Petitioner failed to file an appropriate response.

2. Petitioner is ordered to show cause why the action should not be dismissed for failure to state a claim and for failing to comply with a court order. Petitioner's response to the OSC <u>and</u> the substantive supplemental statement are due by or before December 2, 2022.

**Failure to file a timely submission as directed above will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b). <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**