UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO GARCIA, | Case No. 2:22-cv-06737-MEMF (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| W.L. MONTGOMERY, | |
| Defendant(s). | |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: July 5, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge